NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ANTONIO DELA CRUZ,
*Petitioner,*

v.

OFFICE OF PERSONNEL MANAGEMENT,
*Respondent.*

---

2011-3139

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100102-I-1.

---

## ON MOTION

---

## ORDER

Antonio Dela Cruz moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 2 6 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Antonio Dela Cruz
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 6 2011

JAN HORBALY
CLERK